UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| **EDWARD J. KOELLER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PATHLOCK, INC.**<br><br>*Defendant.* | Case No. 1:25-cv-02431 |

## NOTICE OF APPEARANCE

Anthony I. Paronich filed this Notice of Appearance on behalf of the plaintiff.

Dated: August 7, 2025    PLAINTIFF, on behalf of himself
and others similarly situated,


*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100