# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| **EDWARD J. KOELLER,, individually and on behalf of all others similarly situated,** <br><br> *Plaintiff* <br><br> v. <br><br> **PATHLOCK, INC.,** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-02431-CNS |

## AFFIDAVIT OF SERVICE

I, Jason Newberger, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Pathlock, Inc. in Arapahoe County, CO on August 7, 2025 at 11:11 am at 7700 East Arapahoe Road, Suite 220, Centennial, CO 80112 by leaving the following documents with Helena Erbe who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Pathlock, Inc..

CIVIL COVER SHEET
CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL
SUMMONS IN A CIVIL ACTION

White Female, est. age 25-34, glasses: Y, Auburn hair, 140 lbs to 160 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.5944958,-104.8996836
Photograph: See Exhibit 1


Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Douglas County__, __CO__ on __8/8/2025__.

/s/ *Jason Newberger*

Signature
Jason Newberger
+1 (303) 579-6521



Exhibit 1a)