# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# DENVER DIVISION

| | |
|---|---|
| EDWARD KOELLER, individually and behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PATHLOCK, INC.,<br><br>Defendant. | Civil Action No. 1:25-cv-02431-CNS-SBP |

## **ENTRY OF APPEARANCE FOR DEFENDANT**

To the Clerk of Court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this District Court, and enter my appearance in the above-captioned matter as counsel for Defendant Pathlock, Inc.

Dated: September 10, 2025

Respectfully submitted,

By: /s/ A. Paul Heeringa

A. Paul Heeringa
MANATT, PHELPS & PHILLIPS, LLP
151 N. Franklin Street, Suite 2600
Chicago, IL 60606
Tel: 312.529.6300
pheeringa@manatt.com

*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

I certify that on, September 10, 2025, a true and correct copy of the foregoing document was electronically filed with the Court's ECF system to be sent via the electronic notification system to all counsel of record in the above-captioned matter.

By: /s/ A. Paul Heeringa
A. Paul Heeringa

2