## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## DENVER DIVISION

| | |
|---|---|
| EDWARD KOELLER, individually and behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATHLOCK, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:25-cv-02431-CNS-SBP |

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO COMPLAINT

This cause, coming to be heard on the "Defendant's Unopposed Motion for an Extension of Time to Answer, Move, or Otherwise Respond to Complaint" (hereafter, the "Motion"), which was filed on September 10, 2025 in the above-captioned matter, due notice having been given, the Motion being unopposed, and for good cause shown, it is **HEREBY ORDERED** that: (i) the Motion is **GRANTED** for the reasons stated therein; (ii) Defendant shall until **September 29, 2025** to answer, move, or otherwise respond to Plaintiff's Complaint (*see* Dkt. 1) in this matter; and (iii) any "technical default" in this matter by Defendant is vacated.

　　　　　　　　　　　　　　　　　**SO ORDERED THIS ___ DAY OF _____, 2025,**

　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　Hon. Charlotte N. Sweeney
　　　　　　　　　　　　　　　　　　　United States District Judge