**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

EDWARD KOELLER, individually and
behalf of all others similarly situated,

        Plaintiff,

        v.

PATHLOCK, INC.,

        Defendant.

Civil Action No. 1:25-cv-02431-CNS-SBP

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Pathlock, Inc. ("Pathlock") respectfully

discloses that (i) Pathlock's parent corporation is GL Topco, Inc. and (ii) no publicly-traded

entity owns 10% or more of Pathlock's stock.

Dated: September 29, 2025

Respectfully submitted,

By: /s/ *A. Paul Heeringa*

A. Paul Heeringa
**MANATT, PHELPS & PHILLIPS, LLP**
151 N. Franklin Street, Suite 2600
Chicago, IL 60606
Telephone: (312) 529-6300
Email: pheeringa@manatt.com

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on, September 29, 2025, a true copy of the

foregoing was filed electronically using the Court's CM/ECF system, to be served via

operation of the Court's electronic filing system upon all counsel of record.

*/s/ A. Paul Heeringa*