# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **EDWARD J. KOELLER,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PATHLOCK, INC.,**<br><br>*Defendant.* | No.  1:25-cv-02431-CNS-SBP<br><br>Honorable Judge Charlotte N. Sweeney<br><br>Honorable Magistrate Judge Susan Prose |

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

- Plaintiff Edward J. Koeller

DATED at Chicago, Illinois this 6th day of October, 2025.

➢ *[signature]*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue
Suite 1610
Chicago, IL 60611-7502
(872) 263-1100
Fax: (872) 263-1109
cmiller@straussborrelli.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

**A. Paul Heeringa**
Manatt Phelps & Phillips LLP
151 North Franklin Street
Suite 2600
Chicago, IL 60606
(312) 529-6308
Fax: (312) 529-6315
pheeringa@manatt.com

Respectfully submitted on October 6, 2025.

/s/ Cassandra P. Miller
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue
Suite 1610
Chicago, IL 60611-7502
(872) 263-1100
Fax: (872) 263-1109
cmiller@straussborrelli.com