**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:25-cv-02431-CNS-SBP

EDWARD J. KOELLER, individually, and
on behalf of all others similarly situated,

    Plaintiff(s),

v.

PATHLOCK, INC.,

    Defendant.

---

**ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Pathlock, Inc.

DATED at Denver, Colorado this 5th day of December, 2025.

    Madelaine A. Newcomb
Name of Attorney

    Manatt, Phelps & Phillps, LLP
Firm Name

    151 N. Franklin St., Ste. 2600
Office Address

    Chicago, IL 60606
City, State, ZIP Code

    312-529-6305
Telephone Number

    mnewcomb@manatt.com
Primary CM/ECF E-mail Address

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of December 2025 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Anthony I. Paronich anthony@paronichlaw.com, anthony.paronichlaw.com@recap.email

Cassandra P. Miller cmiller@straussborrelli.com, ccasperson@straussborrelli.com,docketing@straussborrelli.com, filing@straussborrelli.com, mro@straussborrelli.com,mwang@straussborrelli.com, rachel@straussborrelli.com, raina@straussborrelli.com, sam@straussborrelli.com

Raina C. Borrelli raina@straussborrelli.com, aphillips@straussborrelli.com, bresch@straussborrelli.com,ccasperson@straussborrelli.com, cchen@straussborrelli.com, docketing@straussborrelli.com,filing@straussborrelli.com, mro@straussborrelli.com, mwang@straussborrelli.com, rachel@straussborrelli.com,rachelp@ecf.courtdrive.com, sam@straussborrelli.com

A. Paul Heeringa    pheeringa@manatt.com, mnewcomb@manatt.com

                                                                                            *s/Madelaine A. Newcomb*