## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| EDWARD KOELLER, individually and behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PATHLOCK, INC.,<br><br>    Defendant. | Civil Action No. 1:25-cv-02431-CNS-SBP |

### [PROPOSED] ORDER GRANTING MOTION TO BIFURCATE DISCOVERY

This matter, coming to be heard on Defendant's Motion to Bifurcate Discovery ("Motion") filed in the above-captioned matter, due notice having been given, the Court being fully apprised in the premises, and for good cause shown, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED for all the reasons stated therein.
2. Discovery in this matter will be phased/bifurcated, according to the following schedule:
    a. Discovery as to the merits of Plaintiff's individual Telephone Consumer Protection Act ("TCPA") claim against Defendant, as alleged in his operative complaint, shall proceed for ninety (90) days after entry of this order;
    b. Opening summary judgment motions as to the merits of Plaintiff's individual TCPA claim shall be due thirty (30) days after the close of the initial phase of individual discovery;
    c. Oppositions to summary judgment due thirty (30) days after service of opening motions; and

   d. Reply briefs in support of summary judgment due fifteen (15) days after service of oppositions.

 3. All discovery during this initial period shall be limited to issues relevant to determining the merits of Plaintiff's individual TCPA claim as alleged against Defendant, specifically: (1) whether he consented to receive the subject calls; (2) is a "residential" phone subscriber; (3) received more than one "telephone solicitation" initiated by or on behalf of the same entity in 12-month period; and/or (4) had an established business relationship with the party on whose behalf the calls were placed.

 4. The Parties can issue third party discovery during this initial discovery period as needed, but class related discovery shall not be allowed. To the extent Plaintiff has already issued any class-related discovery requests, Defendant or other parties need not respond to same.

 5. After the initial discovery period [*and the Court's ruling on the Parties' summary judgment briefing as to Plaintiff's individual TCPA claim*], the Court shall set a further case management and scheduling conference to occur, at the Court's convenience, in order to set, if necessary, a schedule for class discovery and all other case management deadlines.

 6. The parties may petition the Court to extend the bifurcated period, as needed.

**SO ORDERED THIS \_\_\_ DAY OF _____, 20\_\_**

              By: _____
                Hon. Susan Prose
                United States Magistrate Judge