IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

EDWARD KOELLER, individually and behalf of all others similarly situated,

    Plaintiff,

v.

PATHLOCK, INC.,

    Defendant.

Civil Action No. 1:25-cv-02431-CNS-SBP

**NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY**

Plaintiff Edward Koeller ("Plaintiff") and Defendant Pathlock, Inc. ("Defendant") (collectively, the "Parties"), with Defendant's notice and permission, hereby respectfully inform the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal in this regard, dismissing the entire case, will be filed in the next sixty (60) days. In the meantime, so that the Parties can finalize their resolution without incurring litigation expenses or burdening the Court or its resources, the Parties joint and respectfully request that the Court vacate all pending case deadlines and temporarily stay the case, and that the Court retain jurisdiction.

Dated: January 21, 2026

Respectfully submitted,

By: /s/ Anthony I. Paronich
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018

[f] (508) 318-8100
anthony@paronichlaw.com
*Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I, hereby certify that on January 21, 2026, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*

Anthony I. Paronich