**UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO AT DENVER**

| | |
|---|---|
| **EDWARD J. KOELLER,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**PATHLOCK, INC.**<br><br>Defendant. | Case No. 1:25-cv-02431-CNS-SBP<br><br>Honorable Judge<br>Charlotte N. Sweeney<br><br>Honorable Magistrate<br>Judge Susan Prose |

**PLAINTIFF'S NOTICE OF DISMISSAL**

HERE COMES NOW Plaintiff, Edward J. Koeller, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), to give notice to the Court of the dismissal of this action without prejudice and with each party to bear their own attorney fees and costs.

Respectfully submitted this 23rd day of March, 2026.

*/s/ Cassandra P. Miller*
Cassandra P. Miller
Raina C. Borrelli
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
cmiller@straussborrelli.com
raina@straussborrelli.com

Anthony Paronich
**PARONICH LAW, P.C.**
350 Lincoln St., Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I, Cassandra P. Miller, hereby certify that on March 23, 2026, I caused the foregoing to be electronically filed with the Court using the Court's CM/ECF system which will send an electronic copy to all parties and/or their counsel of record.

DATED this 23rd day of March, 2026.

Respectfully submitted,

By: */s/ Cassandra P. Miller*
Cassandra P. Miller
**STRAUSS BORRELLI PLLC**
980 North Michigan Avenue
Suite 1610
Chicago, IL 60611
cmiller@straussborrelli.com